AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-mj-00025-ZMF |
| RONALD BALHORN | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

District of Columbia.

Date:  02/08/2023

/s/
*Attorney's signature*

Mark Rollins 453638
*Printed name and bar number*
419 7th Street, NW
Suite 405
Washington, DC 20004

*Address*

Mark@rollinsandchan.com
*E-mail address*

(202) 455-5610
*Telephone number*

*FAX number*